UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

RICARDO MUNIZAGA
ELVIAMELY MUNIZAGA

Case No. 14-13340-JKO

Chapter 7

Debtors

_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

By and through its undersigned counsel, Phelan Hallinan, PLC, CitiMortgage, Inc. ("Movant"), its successors and/or assigns, a secured creditor of the above-referenced Debtors, hereby moves the Court for an Order granting relief from stay pursuant to 11 U.S.C. §362(d) and states:

1. This Court has jurisdiction over these matters pursuant to 28 U.S.C. §1334 and 28 U.S.C. §157(b)(2)(G).

2. On February 12, 2014, the Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

3. According to Schedule C, the Debtors have not claimed the Property as exempt.

4. On the date of filing the original Petition under Chapter 7 of the Bankruptcy Code, Debtors were the owners of the following-described real property located at 2248 SOUTHWEST 125TH AVENUE, MIRAMAR, FL 33027 (hereinafter, the "Property") and described as follows:

**LOT 125, OF POD 1 AT MONARCH LAKES, ACCORDING TO THE PLAT**

THEREOF, RECORDED IN PLAT BOOK 167, AT PAGE 33, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

5. Movant is the holder of the Note Secured by the Mortgage encumbering the property claimed by the Debtors to be part of the bankruptcy estate and is a party in interest in this bankruptcy proceeding.

6. On April 24, 2003, the Debtors executed a Promissory Note in the principal amount of $171,900.00 (herein, the "Note"). A copy of the Note is attached as Exhibit "A" and incorporated by reference.

7. The Note was secured by a mortgage which was recorded as Book 35271, Page 323 on May 30, 2003. A copy of the Mortgage is attached as Exhibit "B" and incorporated by reference.

8. Debtors have defaulted under the terms of the Note and Mortgage by failing to timely tender the payments due. The Debtors' loan is currently contractually due for June 1, 2009.

9. The post-petition payment address of the Movant is: PO BOX 689196, DES MOINES, IA 50368-9196.

10. There is now due and owing from the Debtors to Movant pursuant to the terms of Exhibits "A" and "B" the principal amount of $157,695.50, together with interest from May 1, 2009, additional advances made to protect the security granted, other expenses, costs of this action and attorney's fees. Attached hereto as Exhibit "C" is an affidavit attesting to the amount of the indebtedness.

11. Excluding bankruptcy attorney's fees and costs, the total indebtedness owed as of the bankruptcy filing date is $245,513.11. An Indebtedness worksheet is attached hereto as Exhibit "D".

12. Movant has not been offered and does not have adequate protection of its interest in the Property. Moreover, Movant cannot be certain that the real property is insured or will remain insured or that the property is being maintained.

13. Debtors have alleged a current value of the subject property as $240,560.00 under Schedule A to Debtors' petition.

14. Filing of the Petition under the Bankruptcy Code has stayed Movant from proceeding with its state court rights.

15. Movant is entitled to relief from the automatic stay because the Debtors have no equity in the Property and the interest of the Debtors and/or Trustee herein is inferior and subordinate to the interest of the Movant.

16. Movant requests a waiver of the fourteen (14) day stay under Rule 4001(a)(3) of the Order granting relief so that Movant may pursue *in rem* remedies without further delay.

17. Movant seeks the award of fees and costs of $726.00 for the prosecution of this motion as provided for and allowed under the terms of the Mortgage.

18. Movant is entitled to adequate protection of its interests in the subject real property and requests the Court to require the Debtors to make adequate protection payments; and if no such adequate protection can be provided, Movant prays for entry of an Order granting relief from the stay of 11 U.S.C. §362 to permit Movant to proceed with its state court rights.

19. Movant requests permission to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

WHEREFORE, Movant requests that this Court modify the stay under 11 U.S.C. §362(d) and permit it to proceed with its State Court rights under the terms of the Mortgage and Note, requests that the fourteen-day extension of the stay under Rule 4001(a)(3) be waived, award

bankruptcy fees and costs in the amount of $726.00, permit it to communicate with the Debtors and counsel in order to comply with applicable non-bankruptcy law, and requests such additional relief as is just.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ Ali I. Gilson, Esquire
Ali I. Gilson, Esq., Florida Bar No. 90471
Phelan Hallinan, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext.
Fax: 954-462-7001
Email: FLSD.bankruptcy@phelanhallinan.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

RICARDO MUNIZAGA
ELVIAMELY MUNIZAGA

Case No. 14-13340-JKO

Chapter 7

Debtors

_____/

## CERTIFICATE OF SERVICE

The undersigned counsel for Creditor CitiMortgage, Inc. hereby certifies that a true copy of the Motion for Relief from Automatic Stay and Exhibits attached to the Motion for Relief from Automatic Stay were sent either electronically or by U.S. Mail on May 16, 2014 to each of the following parties:

RICARDO MUNIZAGA
2248 SW 125TH AVENUE
MIRAMAR, FL 33027-2635

ELVIAMELY MUNIZAGA
2248 SW 125TH AVENUE
MIRAMAR, FL 33027-2635

ROBERT SANCHEZ, ESQ.
355 W 49 ST.
HIALEAH, FL 33012

KENNETH A WELT, (TRUSTEE)
1776 N. PINE ISLAND RD.
STE. 222
PLANTATION, FL 33322

Dated: May 16, 2014

/s/ Ali I. Gilson, Esquire
Ali I. Gilson, Esq., Florida Bar No. 90471
Phelan Hallinan, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext.
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

PH # 52339

5