**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RICARDO MUNIGAZA and
ELVIAMELY MUNIGAZA,

      Debtors.
_____/

Chapter 7

Case No. 14-13340-JKO

**MOTION FOR ENTRY OF ORDER REOPENING CASE TO ADMINISTER**
**ADDITIONAL ASSET, FOR THE APPOINTMENT OF A CHAPTER 7**
**TRUSTEE AND FOR DEFERRAL OF FILING FEE**

**KENNETH A. WELT** ("Trustee"), as the previously appointed chapter 7 trustee of Ricardo Munigaza and Elviamely Munigaza (the "Debtors"), moves this Court for entry of an order, pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 5010 and Local Rule 5010-1(A) and (C), reopening this case in order to administer an additional asset, directing the appointment of a chapter 7 trustee, and deferring payment of any filing fee which may be due pending the recovery of assets. In support of this Motion, the Trustee represents as follows:

**BACKGROUND**

1.      On February 12, 2014 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Thereafter, Kenneth A. Welt was appointed as the Debtors' Chapter 7 Trustee.

2.      On April 2, 2014, the Trustee held and concluded the meeting of creditors pursuant to Section 341 of the Bankruptcy Code. Thereafter, the Trustee filed his Report of No Distribution [ECF No. 21], resulting in the discharge of the Debtors [ECF No. 37] and the entry of a Final Decree and Discharge of the Trustee [ECF No. 42].

3.      On July 24, 2014, the Debtors' bankruptcy case was closed [ECF No. 42].

4. The Trustee has recently become aware of the existence of an undisclosed and unadministered asset. In particular, the Debtors maintain an interest in a settlement of a Homeowners Insurance Policy with Citizens Property Insurance Corporation ("Citizens").

5. On January 27, 2014, about 2 weeks before the Petition Date, the Debtors filed a lawsuit against Citizens in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida (the "Insurance Claim Litigation"). The Insurance Claim Litigation was not disclosed in the Debtors' schedules.

6. On October 8, 2014, the Debtors and Citizens settled the Insurance Claim Litigation for the sum of $20,307.50 (the "Settlement Proceeds"). Prior to making the payment of the Settlement Proceeds to the Debtors, however, Citizens discovered that the Debtors had filed for bankruptcy and failed to disclose this asset in their bankruptcy case.

7. Citizens recently deposited the Settlement Proceeds with the Broward County Court Registry.

## RELIEF REQUESTED

8. The Trustee seeks to reopen this case in order to administer the assets described herein and to take any other action that may be necessary or appropriate in the case. Pursuant to section 5010 of the Bankruptcy Code, the Trustee requests the court direct the appointment of a trustee in order to protect the interests of creditors, insure efficient administration of the estate and to proceed with administration of the additional asset.

## REQUEST FOR WAIVER OF FILING FEE

9. There are presently no funds in the estate to pay the fee to reopen the case. Accordingly, pursuant to Local Rule 5010-1(C), the Trustee requests that this Court defer the payment of the filing fee to reopen the case pending recovery of the assets described herein.

**WHEREFORE,** KENNETH A. WELT, as the former court-appointed Chapter 7 Trustee of the Debtors' bankruptcy estate, requests that this Court enter an order (i) reopening the above-referenced case; (ii) directing the appointment of a chapter 7 trustee; (iii) deferring payment of filing fee; and (iv) granting such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this date via First-Class, U.S. Mail to all parties on the attached Service List.

Dated this 17th day of April, 2014.

By:   /s/ Kenneth A. Welt
      KENNETH A. WELT, CHAPTER 7 TRUSTEE

```
Label Matrix for local noticing      CitiMortgage Inc., successor by merger to AB    CitiMortgage, Inc.
113C-0                                c/o Stefan Beuge, Esq.                          c/o Jourdn D'Arlee Neal
Case 14-13340-JKO                     2727  W Cypress Creek Road                      6 Nashua Court, Suite D
Southern District of Florida          Fort Lauderdale, FL 33309-1721                  Baltimore, MD 21221-3124
Fort Lauderdale
Fri Apr 17 10:49:53 EDT 2015

Abn Amro Mortgage Grou                (p)AMERICAN HONDA FINANCE                       Amex
Po Box 9438                           P O BOX 168088                                  P.O. Box 297871
Gaithersburg, MD 20898-9438           IRVING TX 75016-8088                            Fort Lauderdale, FL 33329-7871


(p)BANK OF AMERICA                    Bank Of America, N.A.                           Bank of America
PO BOX 982238                         201 N Tryon St                                  c/o Blank Rome LLP
EL PASO TX 79998-2238                 Charlotte, NC 28202-1331                        Monika Siwiec, Esq.
                                                                                      1200 N Federal Highway #312
                                                                                      Boca Raton, FL 33432-2846

Bank of America                       Barclays Bank Delaware                          Chase
c/o Drew Eckl & Farnham, LLP          125 S West St                                   Po Box 15298
POB 7600                              Wilmington, DE 19801-5014                       Wilmington, DE 19850-5298
Atlanta, GA 30357-0600


Chase                                 Citimortgage Inc                                Citimortgage, Inc.
Po Box 24696                          Po Box 9438                                     c/o Phelan Hallinan PLC
Columbus, OH 43224-0696               Gaithersburg, MD 20898-9438                     2727 W Cypress Creek Road
                                                                                      Fort Lauderdale, FL 33309-1721


Credit Management Lp                  Discover Fin Svcs Llc                           Diversified Consultant
4200 International Pkwy               Po Box 15316                                    10550 Deerwood Park Blvd
Carrollton, TX 75007-1912             Wilmington, DE 19850-5316                       Jacksonville, FL 32256-0596


Drew Eckl & Farnham, LLP              Gecrb/Brandsmart                                Gecrb/City Furniture
POB 7600                              Po Box 981439                                   Po Box 981439
Atlanta, GA 30357-0600                El Paso, TX 79998-1439                          El Paso, TX 79998-1439


Gecrb/Jcp                             Hsbc/Bsbuy                                      I C System Inc
Po Box 984100                         Po Box 5253                                     Po Box 64378
El Paso, TX 79998                     Carol Stream, IL 60197-5253                     Saint Paul, MN 55164-0378


Mcydsnb                               Melrose Homes II at Monarch Lakes HOA           Monarch Lakes Property Owners Assoc
9111 Duke Blvd                        c/o The Frydman Law Group, PLLC                 c/o Becker & Poliakoff, P.A.
Mason, OH 45040-8999                  100 S Pine Island Road                          3111 Stirling Road
                                      Suite 120                                       Fort Lauderdale, FL 33312-6566
                                      Plantation, FL 33324-2675

Netbnki/Sst                           Office of the US Trustee                        Rbs Citizens Na
4315 Pickett Rd                       51 S.W. 1st Ave.                                1000 Lafayette Blvd
Saint Joseph, MO 64503-1600           Suite 1204                                      Bridgeport, CT 06604-4725
                                      Miami, FL 33130-1614
```

| | | |
|---|---|---|
| Sallie Mae<br>1002 Arthur Drive  Po#  Smi-0000013<br>Lynn Haven, FL 32444-1683 | (p)TROPICAL FINANCIAL CREDIT UNION<br>3050 CORPORATE WAY<br>MIRAMAR FL 33025-6548 | Vw Credit Inc<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| Wells Fargo Bank<br>711 W Broadway Rd<br>Tempe, AZ 85282-1218 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | Elviamely Munizaga<br>2248 SW 125th Avenue<br>Miramar, FL 33027-2635 |
| Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Ricardo Munizaga<br>2248 SW 125th Avenue<br>Miramar, FL 33027-2635 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 1027<br>Alpharetta, GA 30009 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 |
| Tropical Financial Cu<br>3050 Corporate Way<br>Miramar, FL 33025 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |