**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RICARDO MUNIZAGA and
ELVIAMELY MUNIZAGA,

      Debtors.

_____/

Chapter 7

Case No. 14-13340-JKO

**CHAPTER 7 TRUSTEE'S *UNOPPOSED* MOTION FOR ORDER (I) DETERMINING THAT CERTAIN INSURANCE SETTLEMENT FUNDS ARE PROPERTY OF THE ESTATE AND (II) DIRECTING TURNOVER OF INSURANCE SETTLEMENT FUNDS**

KENNETH A. WELT, as Chapter 7 Trustee (the "Trustee") for the estate of Ricardo Munizaga and Elviamely Munizaga (together, the "Debtors"), respectfully requests the entry of an order: (i) determining that certain insurance settlement funds are property of this estate and (ii) directing turnover of insurance settlement funds (the "Motion"). In support of this Motion, the Trustee respectfully states:

**BACKGROUND**

**A.    General Background**

1.    On February 12, 2014, the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Kenneth A. Welt was thereafter appointed as the Debtors' Chapter 7 Trustee.

2.    On April 2, 2014, the Trustee held and concluded the meeting of creditors pursuant to Section 341 of the Bankruptcy Code. The Trustee thereafter filed his Report of No Distribution, resulting in the discharge of the Debtor and the entry of a Final Decree and Discharge of the Trustee, and the Debtors' bankruptcy case was closed [ECF No. 42].

3. The Trustee recently became aware of the existence of an undisclosed and unadministered asset. Accordingly, on April 17, 2015, the Trustee filed a Motion to Reopen Case to Administer Additional Assets [ECF No. 43], and an Order Granting Motion to Reopen Case to Administer Additional Assets was entered on May 14, 2015 [ECF No. 48].

4. The Trustee was then reappointed as the Debtor's Chapter 7 Trustee [ECF No. 51].

**B.    The Insurance Settlement Funds**

5. On or about August 30, 2011, the Debtors suffered loss, damage and expenses at their real property located at 2248 SW 125th Ave, Pembroke Pines, FL 33027.

6. The Debtors contacted their property insurer, Citizens Property Insurance Corp. ("Citizens"), and initiated Claim No. 42083 under Policy Number FRJH5355999-01-000 with respect to the Debtors' insured losses.

7. On January 27, 2014, the Debtors filed a Complaint against Citizens regarding the insurance claim in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida (the "State Court"), which was assigned Case No. CACE-14-001682 (the "State Court Proceedings").

8. On or about October 8, 2014, the Debtors settled the State Court Proceedings with Citizens. Pursuant to such settlement, Citizens agreed to make payment in the amount of $20,000 for settlement of all outstanding benefits owed and any and all attorneys fees and costs (the "Settlement Proceeds").[1]

9. Due to concerns over competing claims to the Settlement Proceeds, including potential claims by the Debtors' attorneys and mortgagees, Citizens obtained an order of the State

---

[1] The Trustee was not a party to the post-petition settlement, which has not been approved by this Court pursuant to Fed. R. Bankr. P. 9019. The Trustee intends to investigate the claim and specifically reserves all rights relating to the underlying claim.

Court authorizing it to deposit the Settlement Proceeds into the registry of the State Court. Citizens deposited the Settlement Proceeds into the State Court registry on or about April 9, 2015. The Settlement Proceeds remain in the State Court registry.

## RELIEF REQUESTED

10. Because the loss giving rise to the Settlement Proceeds occurred prior to the commencement of this bankruptcy estate, the Settlement Proceeds constitute property of this bankruptcy estate pursuant to 11 U.S.C. § 541. Accordingly, the Settlement Proceeds must be turned over to the Trustee pursuant to 11 U.S.C. § 542. Alternatively, to the extent the State Court is a custodian of the Settlement Proceeds, the State Court must turn over the Settlement Proceeds to the Trustee pursuant to 11 U.S.C. § 543.

11. The Trustee does not believe that any party in interest contests or objects to the Trustee's determination that the Settlement Proceeds are property of the estate and must be turned over.

12. The Trustee understands and acknowledges that certain third parties may assert claims against the Settlement Proceeds, including potential claims of lien by attorneys for the Debtors or banks to which the Debtors have granted mortgages on the underlying real property giving rise to the insurance claim.

13. The Trustee does not, by this Motion, seek an adjudication of any such claims (secured or otherwise) against the Settlement Proceeds. Instead, the Trustee simply seeks an order determining that the Settlement Proceeds are property of the estate, and authorizing the Trustee to effectuate turnover of the Settlement Proceeds by withdrawing the Settlement Proceeds from the State Court registry. After the Trustee is in possession of the Settlement Proceeds, a claims bar date will be set, and all parties in interest will be given the opportunity to assert claims. Parties in

interest, including the Trustee, will have the opportunity to object to any such claims as provided for in the Bankruptcy Code and Rules.

14. To the extent (if any) that Citizens has an obligation to ensure that the Settlement Proceeds are distributed from the State Court registry consistent with the alleged lien rights of third parties, so as to facilitate the swift turnover of the Settlement Funds to the estate, the Trustee requests that the Court order that Citizens shall not be held liable to any third party in connection with the Trustee's withdrawal of the Settlement Proceeds from the State Court registry and the Trustee's administration of the Settlement Proceeds through this bankruptcy case.

15. The Trustee will serve a copy of this Motion and any notice of hearing hereon upon all parties in interest, including all parties which the Trustee has identified as potentially having a claim against the Settlement Proceeds.

WHEREFORE the Trustee respectfully requests that the Court enter an Order substantially in the form attached hereto as **Exhibit A** granting this motion, determining that the Settlement Proceeds are property of this estate, directing turnover of the Settlement Proceeds, and granting such other and further relief as is proper.

Respectfully Submitted this 20th day of August, 2015.

        GENOVESE JOBLOVE & BATTISTA, P.A.
        Miami Tower
        100 S.E. Second Street, 44th Floor
        Miami, Florida 33131
        Tel.: (305) 349-2300
        Fax.: (305) 349-2310

        By:   /s/ Michael L. Schuster
            Glenn D. Moses, Esq.
            Florida Bar No. 174556
            Email: gmoses@gjb-law.com
            Michael L. Schuster, Esq.
            Florida Bar No. 57119
            Email: mschuster@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 20th day of August, 2015 via CM/ECF, U.S. Mail or Certified Mail as indicated on the below service list.

By: /s/ Michael L. Schuster
Michael L. Schuster, Esq.

**VIA CM/ECF**

Stefan Beuge, Esq. on behalf of Creditor CitiMortgage Inc., successor by merger to ABN Amro Mortgage Group, Inc.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Stefan Beuge, Esq. on behalf of Creditor CitiMortgage, Inc.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Ali I Gilson on behalf of Creditor CitiMortgage, Inc.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez, Esq on behalf of Debtor Ricardo Munizaga
court@bankruptcyclinic.com, courtECFmail@gmail.com

Robert Sanchez, Esq on behalf of Joint Debtor Elviamely Munizaga
court@bankruptcyclinic.com, courtECFmail@gmail.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**VIA U.S. MAIL**

Citizens Property Insurance Corporation
Attn: Barry Gilway, President/CEO
PO Box 17219
Jacksonville, FL 32245-7219

Citizens Property Insurance Corporation
c/o Ileana Christianson, Esq.
Stone Glass & Connoly, LLP
15321 S. Dixie Highway, Suite 308
Palmetto Bay, FL 33157

Superior Claim Consultants, Inc.
Attn: Giovanni Sanchez, President and Registered Agent
9521 SW 166 Ave
Miami, FL 33196

The Morgan Law Group, P.A.
Attn: Thomas J. Morgan, Jr., Esq.
55 Merrick Way, Suite 404
Coral Gables, FL 33134

**<u>VIA CERTIFIED MAIL</u>**

CitiMortgage, Inc.
Attn: Jane Fraser, President, CEO, Director
1000 Technology Drive
O'Fallon, MO 63368-2240

Bank of America, N.A.
Attn: Brian Moynihan, CEO
100 North Tryon Street
Charlotte, NC 28255

### **<u>And All Parties Listed on the Creditor Mailing Matrix Attached Hereto</u>**

```
Label Matrix for local noticing          CitiMortgage Inc., successor by merger to AB    CitiMortgage, Inc.
113C-0                                    c/o Stefan Beuge, Esq.                          c/o Jourdn D'Arlee Neal
Case 14-13340-JKO                         2727  W Cypress Creek Road                      6 Nashua Court, Suite D
Southern District of Florida              Fort Lauderdale, FL 33309-1721                  Baltimore, MD 21221-3124
Fort Lauderdale
Thu Aug 20 14:51:20 EDT 2015

Abn Amro Mortgage Grou                    (p)AMERICAN HONDA FINANCE                       Amex
Po Box 9438                               P O BOX 168088                                  P.O. Box 297871
Gaithersburg, MD 20898-9438               IRVING TX 75016-8088                            Fort Lauderdale, FL 33329-7871


(p)BANK OF AMERICA                        Bank Of America, N.A.                           Bank of America
PO BOX 982238                             201 N Tryon St                                  c/o Blank Rome LLP
EL PASO TX 79998-2238                     Charlotte, NC 28202-1331                        Monika Siwiec, Esq.
                                                                                          1200 N Federal Highway #312
                                                                                          Boca Raton, FL 33432-2846

Bank of America                           Barclays Bank Delaware                          Chase
c/o Drew Eckl & Farnham, LLP              125 S West St                                   Po Box 15298
POB 7600                                  Wilmington, DE 19801-5014                       Wilmington, DE 19850-5298
Atlanta, GA 30357-0600


Chase                                     Citimortgage Inc                                Citimortgage, Inc.
Po Box 24696                              Po Box 9438                                     c/o Phelan Hallinan PLC
Columbus, OH 43224-0696                   Gaithersburg, MD 20898-9438                     2727 W Cypress Creek Road
                                                                                          Fort Lauderdale, FL 33309-1721


Credit Management Lp                      Discover Fin Svcs Llc                           Diversified Consultant
4200 International Pkwy                   Po Box 15316                                    10550 Deerwood Park Blvd
Carrollton, TX 75007-1912                 Wilmington, DE 19850-5316                       Jacksonville, FL 32256-0596


Drew Eckl & Farnham, LLP                  Gecrb/Brandsmart                                Gecrb/City Furniture
POB 7600                                  Po Box 981439                                   Po Box 981439
Atlanta, GA 30357-0600                    El Paso, TX 79998-1439                          El Paso, TX 79998-1439


Gecrb/Jcp                                 Hsbc/Bsbuy                                      I C System Inc
Po Box 984100                             Po Box 5253                                     Po Box 64378
El Paso, TX 79998                         Carol Stream, IL 60197-5253                     Saint Paul, MN 55164-0378


Mcydsnb                                   Melrose Homes II at Monarch Lakes HOA           Monarch Lakes Property Owners Assoc
9111 Duke Blvd                            c/o The Frydman Law Group, PLLC                 c/o Becker & Poliakoff, P.A.
Mason, OH 45040-8999                      100 S Pine Island Road                          3111 Stirling Road
                                          Suite 120                                       Fort Lauderdale, FL 33312-6566
                                          Plantation, FL 33324-2675

Netbnki/Sst                               Office of the US Trustee                        Rbs Citizens Na
4315 Pickett Rd                           51 S.W. 1st Ave.                                1000 Lafayette Blvd
Saint Joseph, MO 64503-1600               Suite 1204                                      Bridgeport, CT 06604-4725
                                          Miami, FL 33130-1614
```

| | | |
|---|---|---|
| Sallie Mae<br>1002 Arthur Drive  Po#  Smi-0000013<br>Lynn Haven, FL 32444-1683 | (p)TROPICAL FINANCIAL CREDIT UNION<br>3050 CORPORATE WAY<br>MIRAMAR FL 33025-6548 | Vw Credit Inc<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| Wells Fargo Bank<br>711 W Broadway Rd<br>Tempe, AZ 85282-1218 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | Elviamely Munizaga<br>2248 SW 125th Avenue<br>Miramar, FL 33027-2635 |
| Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Ricardo Munizaga<br>2248 SW 125th Avenue<br>Miramar, FL 33027-2635 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 1027<br>Alpharetta, GA 30009 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 |
| Tropical Financial Cu<br>3050 Corporate Way<br>Miramar, FL 33025 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RICARDO MUNIZAGA and
ELVIAMELY MUNIZAGA,

Debtors.
_____/

Chapter 7

Case No. 14-13340-JKO

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *UNOPPOSED* MOTION FOR ORDER (I) DETERMINING THAT CERTAIN INSURANCE SETTLEMENT FUNDS ARE PROPERTY OF THE ESTATE AND (II) DIRECTING TURNOVER OF INSURANCE SETTLEMENT FUNDS**

THIS MATTER came before the Court for hearing on _____ upon the Motion of Kenneth A. Welt, as Chapter 7 Trustee (the "Trustee") for the estate of Ricardo Munizaga and Elviamely Munizaga (together, the "Debtors"), for the entry of an order: (i) determining that certain insurance settlement funds are property of this estate and (ii) directing turnover of insurance settlement funds (the "Motion"). The Court, having reviewed the Motion and the record in this case; having determined that the Settlement Proceeds[1] are property of the

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

estate pursuant to 11 U.S.C. § 541 and therefore must be turned over to the Trustee pursuant to 11 U.S.C. §§ 542 or 543; having found that this Court has jurisdiction over the Settlement Proceeds and the relief requested in the Motion; and having found that notice of the Motion and hearing thereon was sent to all parties in interest, and that no other or further notice is or shall be required, it is

ORDERED as follows:

1. The Trustee is authorized to take possession the Settlement Proceeds from the Court Registry of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, which funds are being held under Case No. CACE-14-001682.

2. Citizens Property Insurance Corp. shall not be held liable to any third party in connection with the Trustee's withdrawal of the Settlement Proceeds from the State Court registry and the Trustee's administration of the Settlement Proceeds through this bankruptcy case.

3. This order is without prejudice to and shall have no effect upon any claims which may exist against this estate generally or the Settlement Proceeds specifically, nor any objection to any such claim.

###

Submitted by:

Michael L. Schuster, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2301
Email: MSchuster@gjb-law.com

(Attorney Schuster shall serve a copy of this Order on all parties in interest and file a certificate of service)