**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

            CASE NO. 14-13340-BKC-JKO

RICARDO MUNIZIGA and         CHAPTER 7
ELVIAMELY MUNIZAGA

            Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Christian Somodevilla, Esq. of the law firm of Alexander + Somodevilla, PLLC, hereby enters his appearance on behalf of Creditor, Superior Insurance Claim Consultants, Inc. ("Superior"), and requests to be served with copies of all pleadings and/or documents.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 22, 2016 by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system.

    Respectfully submitted,

    **ALEXANDER + SOMODEVILLA, PLLC**
    Christian Somodevilla, Esq.
    One Biscayne Tower
    2 S. Biscayne Blvd., Suite 2300
    Miami, FL 33131
    T: (305) 894-6163
    F: (305) 503-9447
    csomodevilla@aslawpllc.com

    /s/ Christian Somodevilla
    CHRISTIAN SOMODEVILLA, ESQ.
    FLORIDA BAR NO.: 59539