UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:

RICARDO MUNIZAGA                              Case No.: 14-13340-JKO
ELVIAMELY MUNIZAGA                            Chapter 7

_____Debtors_____/

### OBJECTION TO CLAIM #1-1

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

     **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

     **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

     **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

     **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

*[REMAINDER OF PAGE INTENTIONALLY BLANK]*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the trustee object(s) to the following claim filed in this case *:

| Claim No. | Amount of Claim | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | $7,000.00 | The Morgan Law Group, PA c/o Christian Somodevilla, Esq.<br>**SECURED** | Claimant filed a secured Proof of Claim in the amount of $7,000.00. The claimant failed to perfect any security interest in the insurance settlement proceeds prior to the commencement of the bankruptcy case on February 12, 2014. Therefore, the trustee is requesting that the status of the claim be changed from "secured" to "general unsecured" allowed in the amount of $7,000.00. |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent in the manner stated this 26th day of April, 2016, to all parties listed below.

        Respectfully submitted,

By   /s/Kenneth A. Welt_____
KENNETH A. WELT, TRUSTEE
1776 N. Pine Island Rd.
Ste. 101
Plantation, FL 33322

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).

**VIA ECF**:

Stefan Beuge, Esq. on behalf of Creditor CitiMortgage Inc., successor by merger to ABN Amro Mortgage Group, Inc.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Stefan Beuge, Esq. on behalf of Creditor CitiMortgage, Inc.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Ali I Gilson on behalf of Creditor CitiMortgage, Inc.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez, Esq on behalf of Debtor Ricardo Munizaga
court@bankruptcyclinic.com, courtECFmail@gmail.com

Robert Sanchez, Esq on behalf of Joint Debtor Elviamely Munizaga
court@bankruptcyclinic.com, courtECFmail@gmail.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com;scomer@gjb-law.com;ekelly@gjb-law.com

Christian Somodevilla on behalf of Creditor Superior Insurnace Claim Consultants, Inc.
csomodevilla@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

Christian Somodevilla on behalf of Creditor The Morgan Law Group, P.A.
csomodevilla@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

**VIA U.S. MAIL**:

The Morgan Law Group, P.A.
c/o Christian Somodevilla, Esq.
2 S. Biscayne Blvd., Suite 2300
Miami, FL 33131