

**ORDERED in the Southern District of Florida on September 22, 2016.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Chapter 7 |
| RICARDO MUNIZAGA and | |
| ELVIAMELY MUNIZAGA, | Case No. 14-13340-JKO |
| Debtors. | |
| _____/ | |

### ORDER CONTINUING HEARING

THIS MATTER came before the Court for hearing on September 20, 2016 at 9:30 a.m. upon Kenneth A. Welt, as Chapter 7 Trustee (the "Trustee")'s Objection to Claim #1-1 [ECF No. 75] and Objection to Claim #2-1 [ECF No. 76] (collectively, the "Objections"). The Court, having reviewed the Objections, The Morgan Law Group's Response [ECF No. 77] ("Morgan Law Group Response") and Superior Insurance Claim Consultants, Inc.'s Response [ECF No. 78] ("Superior's Response"), and being otherwise duly advised in the premises, it is

ORDERED:

1.  The hearing on the Objections, Morgan Law Group's Response and Superior's Response is continued until **November 1, 2016 at 9:30 a.m.** at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 301, Fort Lauderdale, Florida 33301.

###

Submitted by:

Michael L. Schuster, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2301
Email: MSchuster@gjb-law.com
(Attorney Schuster shall serve a copy of this Order on all parties in interest and file a certificate of service)